### W. E. CHANEY v. THE STATE.

No. 1107. Decided April 12, 1911.

**Public Fighting—Statement of Facts—Bills of Exception.**

Statements of fact and bills of exception in cases appealed from the County Court must be filed within twenty days after the adjournment of the term.

Appeal from the County Court of Glasscock. Tried below before the Hon. G. L. Bogard.

Appeal from a conviction of fighting in a public place; penalty, a fine of $10.

The opinion states the case.

No brief on file for appellant.

*C. E. Lane,* Assistant Attorney-General, for the State.

DAVIDSON, Presiding Judge.—The court adjourned on November 28, 1910. The statement of facts and bills of exception were filed on January 21, 1911. The motion of the Assistant Attorney-General to strike out these papers is well taken and must be sustained. Statements of facts and bills of exception in cases appealed from the County Court must be governed by the Act of 1907, which allows only twenty days for filing same after the close of the term.

As the record presents the appeal there is no reversible matters. The judgment is affirmed.

*Affirmed.*